**Harriet Evans**
*39 Neptune Lane*
*Willingboro, NJ 08046*
*609-968-2095*

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2013 OCT 17 PM 3 00

October 15, 2013

U.S. District Court
50 Walnut Street
Newark, NJ 07102
Attention: Court Clerk

Re: Case #2:13-CV-04543-FSH-SCM

To Whom It May Concern:

This letter is a request for an extension of time, to obtain an attorney to represent me in answering the court. If possible, please allow me the time to get representation and allow them time to review the information. I can be contacted at 609-968-2095.

Thank you in advance for your assistance.

Sincerely,

*Harriet Evans* (signature)

Harriet Evans

Harriet Evans
39 Neptune Lane
Willingboro, NJ 08046

U.S. District Court
50 Walnut Street
Newark, N.J. 07101
Attn: Court Clerk

SOUTH JERSEY NJ 080
16 OCT 2013 PM 5 L

2013 OCT 17 PM 2 45
RECEIVED
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY

