**aprilbill**

**From:** "aprilbill" <aprilbill@tds.net>
**To:** "Jr." <jlubertazzi@mccarter.com>
**Cc:** "Peter Knob" <pknob@mccarter.com>
**Sent:** Tuesday, October 15, 2013 4:58 PM
**Subject:** Case No. 2:13-cv-04543-FSH-SCM

To: Joseph Lubertizzi, Jr
Peter Knob
McCarter & English, LLP
Four Gateway Center, 100 Mulberry St.
Newark, NJ 07102

DISTRICT COURT

2013 OCT 17 A 11: 24

Alcatel-Lucent USA Inc. et al - Plaintiff v April Chartier - Defendant
Case # 2:13-CV-04543-FSH-SCM

Copy to:  William T. Walsh/Clerk
Martin Luther King Building
& U.S. Courthouse
50 Walnut St.
Newark, NJ 07102

From: April Chartier
16 Kennedy Street
Wilton, NH 03086


Dear Joseph Lubertazzi,

In response to the Alcatel-Lucent Retirement Income Plan complaint brought against me.

I, April Chartier, was given the opportunity to retire early with a guarantee of receiving my pension at age 65. I accepted the package at that time with the understanding that my pension would be there and accumulating until I reached retirement age. I lived and worked in New Hampshire at the time of this offering.

In July of 2012 I received a letter from the Alcatel-Lucent Pension Service Center offering a "special one-time program providing a lump sum payment option for a limited period of time". After careful consideration I accepted the offer within the allotted time frame based on the figures that Alcatel-Lucent had calculated. I returned all of the proper paperwork which was notarized. In October of 2012 I received the check in the amount that they calculated minus $20,000+ for taxes. Because of this "mistake" I did have to pay an additional $7,000 more in federal taxes at the end of the year because it put us in a different tax bracket. Six months after the fact I received a letter from Alcatel-Lucent stating that they made a mistake and overpaid me.

After receiving the letter I spoke to Lisa App. I asked how could this happen and was I the only one. She said that after doing a random audit there were others that they found. I believe if it was just a random audit that all peoples who received this offer and accepted it should be checked not just the few who have been served. I do not believe that I should have to pay for Alcatel-Lucent's mistake. I accepted this offer based solely on their calculations. If in fact I would have received only half of what the offer was I would NOT have accepted it and just planned on receiving a monthly pension check. I told Lisa this also. Why was this error not caught earlier, who authorized it? Due to the stress of this situation, I have had medical issues including high blood pressure, sleep deprivation and am under constant doctor's supervision.

Based on what I received, I retired from my current job a year earlier than I would have if I was only going to receive my monthly pension check. I also took my Social Security a year earlier based on this. This means I retired from a $50,000 + year job, lost a year of 401K input and because of this will be receiving several hundred dollars less per month in my Social Security for the rest of my life.

I believe all of this could have been avoided had Alcatel-Lucent done their due diligence prior to issuing the

10/15/2013

retirement benefit and being able to give us the option of still taking the "lump sum" or monthly pension payments.

I have not hired an attorney, as of yet, in hopes that this matter can be resolved without going to court. I know I've done nothing wrong, and actually feel victimized by the entire process. I have no desire to counter sue Alcatel-Lucent as I feel my time with the company was mutually beneficial. However, if this cannot be resolved amicably without going to court it is an option I will fully explore.

Sincerely,

April S. Chartier
Oct. 15, 2013

