October 15, 2013

Alcatel-Lucent USA Inc., AL-Plaintiff            V            Pamela Neeley

Case # 2:13-CV-04543-FSH-SCM

Now come Pamela Neeley answers the complaints as Follows:

    Defendant Pamela Neeley contest jurisdiction and venue

    Defendant Pamela Neeley is a residence of Whitwell, Tennessee

    And has never been to the state of New Jersey

    Defendant Pamela Neeley denies allegation against her

    And demands strict proof thereof

_Pamela Neeley_   10-15-2013

Pamela Neeley            10-15-2013

Pamela Neeley
9060 Valley View Hwy
Whitwell, Tn 37397

William T Walsh/Clerk
& U.S. Courthouse
50 Walnut St
Newark, NJ 07101

RECEIVED
OCT 21 2013
AT 8:30
WILLIAM T. WALSH, CLERK      M



